UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BANK OF AMERICA, N.A., et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>MESA VERDE HOMEOWNERS ASSOCIATION, et al.,<br><br>Defendant(s). | Case No. 2:16-CV-498 JCM (NJK)<br><br>ORDER |

Presently before the court is defendant SFR Investments' motion demanding security for costs from plaintiff Bank of America. (Doc. #6). Plaintiff has not filed a response. Defendant requests that the plaintiff be required to submit security for costs in the amount of $500 pursuant to Nev. Rev. Stat 18.130.

The Ninth Circuit recognizes that "federal district courts have inherent power to require plaintiffs to post security for costs." *Simulnet E. Associates v. Ramada Hotel Operating Co*., 37 F.3d 573, 574 (9th Cir. 1994). A federal district court typically follows the forum state's practice, particularly when a party is a non-resident. *See, e.g.*, § 2671 Security for Costs, 10 Fed. Prac. & Proc. Civ. § 2671 (3d ed.). Nev. Rev. Stat.18.130 provides that the court may require an out-of-state plaintiff to post a security of costs in an amount up to $500 upon a request by a defendant.

The court finds that it is appropriate to require that plaintiff post a security bond of $500 in this matter.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, DECREED that defendant's motion demanding security of costs (doc. #6) be, and at the same time hereby are, GRANTED.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that plaintiff shall post a security bond in the amount of $500 within 14 days of the entry of this order.

DATED April 14, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -