ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
            donna.wittig@akerman.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br>vs.<br><br>MESA VERDE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC;  ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00498-JCM-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE TIME FOR PLAINTIFF BANK OF AMERICA, N.A. TO OPPOSE DEFENDANT MESA VERDE HOMEOWNERS' ASSOCIATION'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Plaintiff Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (BANA) and defendant Mesa Verde Homeowners Association (Mesa) hereby stipulate and agree as follows:

///

///

///

///

///

{38083148;1}

The parties hereby stipulate and request BANA's time to respond to Mesa's motion to dismiss or, in the alternative, motion for summary judgment (Dkt #12) shall be continued from April 29, 2016 until May 6, 2016. The parties request this extension to allow BANA the 21 days allowed under the local rules to respond to a motion for summary judgment. This is the parties' first request for an extension and is not being submitted for the purpose of delay or undue prejudice to any party.

DATED this 25th day of April, 2016.

| **AKERMAN LLP** | **LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.** |
|---|---|
| */s/ Donna M. Wittig*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 8215<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br><br>*Attorneys for Plaintiff* | */s/ Siria L. Gutierrez*<br>JOSEPH P. GARIN, ESQ.<br>Nevada Bar No. 6653<br>KALEB D. ANDERSON, ESQ.<br>Nevada Bar No. 7582<br>SIRIA L. GUTIERREZ, ESQ.<br>Nevada Bar No. 11981<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br><br>*Attorneys for Defendant Mesa Verde Homeowners Association* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: April 25, 2016

{38083148;1}