UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br>Plaintiff(s),<br>vs.<br>MESA VERDE HOMEOWNERS ASSOCIATION, et al.,<br>Defendant(s). | Case No. 2:16-cv-00498-JCM-NJK<br>ORDER<br>(Docket Nos. 42, 44) |

Pending before the Court is a motion by Defendant Alessi & Koenig to file an oversized motion. *See* Docket No. 42. That request relates to a two-page motion and a 49-page memorandum. Docket Nos. 44, 46.[1] All motions other than for summary judgment are limited to 24 pages. Local Rule 7-3(b). Requests to exceed those page limits are disfavored, and will not be routinely granted. Local Rule 7-3(c). To establish grounds for filing excess pages, the movant must establish good cause. *Id.* Good cause is only established through a detailed explanation of the reasons for the additional pages requested. *Id.*

The pending request for excess pages relies on conclusory assertions that the issues in this case are "complex," that there are "billions of dollars" at stake that require extensive briefing, and that movant cannot adequately brief the issues in 24 pages. *See* Docket No. 42 at 3; *see also* Docket

---

[1] The filing of a separate motion and memorandum violates the Local Rules. *See* Local Rule 7-2(a) ("The motion and supporting memorandum of points and authorities must be combined into a single document that complies with the page limits in LR 7-3").

No. 43. Such conclusory offerings are plainly insufficient to warrant filing an oversized motion and memorandum.

Accordingly, the motion for leave to file an oversized motion (Docket No. 42) is hereby **DENIED**. Because the motion and memorandum for non-monetary status (Docket Nos. 44, 46) fail to comply with the page limitations established in the local rules, they are hereby **STRICKEN**. Defendant Alessi & Koenig may renew its request for relief by filing a renewed motion and memorandum as a single document that complies with the local rules.

IT IS SO ORDERED.

Dated: August 2, 2016

NANCY J. KOPPE
United States Magistrate Judge