ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  ariel.stern@akerman.com
           brett.coombs@akerman.com

*Attorneys for Plaintiff/Counter-Defendant
Bank of America, N.A., successor by merger
to BAC Home Loans Servicing, LP f/k/a
Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, <br><br>                    Plaintiff, <br><br> vs. <br><br> MESA VERDE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC;  ALESSI & KOENIG, LLC, <br><br>                    Defendants. | Case No.: 2:16-cv-00498-JCM-NJK <br><br> **NOTICE OF DISASSOCIATION OF COUNSEL** |
| SFR INVESTMENTS POOL 1, LLC, LLC, a Nevada limited liability company, <br><br>                    Counter/Cross Claimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A., successor by merger TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; GEORGE A. BENNETT, an individual; and JUANITA C. BENNETT, an individual, <br><br>                    Counter/Cross Defendants. | |

{39370824;1}

Plaintiff/Counter Defendant Bank of America, N.A. (**BANA**), by and through its counsel, Akerman LLP, hereby provides notice that Donna M. Wittig, Esq., is no longer associated with the firm of Akerman LLP.  **BANA** requests that Ms. Wittig be removed from the Court's CM/ECF service list.

Akerman LLP will continue to represent **BANA** and requests that Ariel Stern, Esq. and Brett Coombs, Esq. receive all future notices.

Dated this 7th day of September, 2016

**AKERMAN LLP**

*/s/ Brett Coombs*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DONNA M. WITTIG, ESQ.
Nevada Bar No.11015
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Plaintiff/Counter Defendant Bank of America, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

Dated this  8th  day of September, 2016

_____
UNITED STATES MAGISTRATE JUDGE

{39370824;1}

2