LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
SIRIA L. GUTIERREZ, ESQ.
Nevada Bar No. 11981
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 – Facsimile
kanderson@lipsonneilson.com
sgutierrez@lipsonneilson.com

Attorneys for MESA VERDE HOMEOWNERS ASSOCIATION

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME SERVICING, LP,<br><br>Plaintiff,<br><br>v.<br><br>MESA VERDE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ALESSI & KOENIG, LLC,<br><br>Defendants. | CASE NO.: 2:~~15~~16-cv-00498-JCM-NJK<br><br>**STIPULATION AND ORDER TO TAKE CERTAIN DEPOSITION OUTSIDE THE CLOSE OF DISCOVERY AND TO STAY DISPOSITIVE MOTION DEADLINE** |

IT IS HEREBY STIPULATED by and between MESA VERDE HOMEOWNERS ASSOCIATION, SFR INVESTMENTS POOL I LLC, ALESSI AND KOENIG, LLC, and BANK OF AMERICA, N.A., by and through their respective counsels to take the FRCP 30(B)(6) Witness Deposition for Mesa Verde Homeowners Association and Alessi & Koenig, LLC after discovery closes on October 10, 2016, and to stay the FRCP 30(B)(6) Witness Deposition for Bank of America N.A (**BANA**) until the court rules on BANA's forthcoming motion for protective order. The parties also agree to stay the dispositive motions deadline from November 9, 2016, to 60 days after the court's decision on BANA's motion for protective order. In accordance with LR IA 6-1, the parties state that this is the first request for extension of time.

## REASONS FOR NECESSITY OF STIPULATION

The FRCP 30(b)(6) Deposition of Mesa Verde Homeowners Association was noticed to take place on October 5, 2016. However, the deponent was unavailable and will not be available until after the close of discovery, so the deposition could not go forward as noticed.

The FRCP 30(b)(6) Deposition of Alessi & Koenig, LLC was also noticed to take place on October 5, 2016. However, the deponent failed to timely produce initial disclosures or respond to discovery requests, so the deposition could not go forward as noticed.

The FRCP 30(b)(6) Deposition of BANA was noticed by SFR Investment Pool I LLC (**SFR**) to take place on October 3, 2016. However, prior to the deposition, BANA informed SFR that BANA will file a motion for protective order on topics and location, and SFR has agreed to stay the deposition to allow the motion to be filed and resolved. Therefore, the deposition did not go forward as noticed. The deposition of BANA was subsequently moved to October 10, 2016. BANA intends to file a motion for protective order by October 14, 2016.

As a result, the parties have agreed to take the FRCP 30(b)(6) Depositions of Mesa Verde Homeowners Association and Alessi & Koenig, LLC on or before October 31, 2016. All other discovery has either been completed or will be completed in this matter with the exception of the above mentioned depositions and a motion to compel production of the original note and other relevant documents that SFR intends to file against BANA. The parties have participated in discovery in good faith, but were unable to conduct the scheduled depositions before the discovery cut off. The parties believe that allowing the specific depositions to take place outside of discovery is appropriate and necessary given the circumstances.

Given the need to take the depositions of Mesa Verde Homeowners Association, Alessi & Koenig, and possibly BANA, outside the close of discovery, the parties agree to stay the dispositive motions deadline until 60 days after the deposition of BANA.

The current deadline is November 9, 2016. The parties do not seek an extension of the pretrial order deadline, as there are pending motions for summary judgment and the parties anticipate filing additional motions for summary judgment in this matter, which will stay the pretrial order submittal deadline. As result, the parties' have good cause to stay the dispositive motions deadline.

The parties have excusable neglect for not filing this stipulation regarding the HOA's, Alessi & Koenig's, and BANA's deposition 21 days before the close of discovery. "[T]he determination of whether neglect is excusable is an equitable one that depends on at least four factors: (1) the danger of prejudice to the opposing parties; (2) the length of the delay and its potential impact on the proceedings; (2) the reason for the delay; and (4) whether the movant acted in good faith." *Bateman v. U.S. Postal Service*, 231 F.3d 1220 (9th Cir. 2000).

There is no prejudice to any party with the filing of this stipulation at this time. The parties have been working together to coordinate the various schedules and depositions. The length of the delay is minimal considering the parties have abided by FRCP 1 and coordinated in an effort to reduce fees and costs, and all other discovery is or will be complete within the discovery period. The reason for this delay was the coordination efforts, which were all in good faith and the meet-and-confer efforts on the forthcoming discovery motions. Bank's counsel also had a recent departure of counsel, which delayed the noticing of the HOA's, Alessi & Koenig's, and BANA depositions.

///
///
///
///
///
///
///
///

### DISCOVERY COMPLETED

| | |
|---|---|
| Bank of America, N.A.'s Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) | June 16, 2016 |
| SFR Investment Pool I, LLC's 26(a) Disclosure of Witnesses and Documents | June 10, 2016 |
| Bank of America, N.A.'s First Supplemental Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) | July 5, 2016 |
| SFR Investment Pool I, LLC's Initial Expert Disclosure | August 11, 2016 |
| Bank of America, N.A.'s Initial Expert Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) | August 11, 2016 |
| SFR Investments Pool I, LLC's Interrogatories to Bank of America | August 20, 2016 |
| Mesa Verde Homeowners Association's Requests for Admission to Bank of America, N.A. | August 22, 2016 |
| Mesa Verde Homeowners Association's Requests for Production of Documents to Bank of America, N.A. | August 22, 2016 |
| Mesa Verde Homeowners Association's Interrogatories to Bank of America, N.A. | August 22, 2016 |
| Mesa Verde Homeowners Association's Initial Disclosures Pursuant to FRCP 26(a) | August 22, 2016 |
| SFR Investments Pool I, LLC's Requests for Admission to Bank of America, N.A. | August 29, 2016 |
| SFR Investments Pool I, LLC's Requests for Production of Documents to Bank of America, N.A. | August 29, 2016 |
| Bank of America, N.A.'s Requests for Admission to Alessi & Koenig, LLC | September 2, 2016 |
| Bank of America, N.A.'s Requests for Production of Documents to Alessi & Koenig, LLC | September 2, 2016 |
| Bank of America, N.A.'s Interrogatories to Alessi & Koenig, LLC | September 2, 2016 |
| Bank of America, N.A.'s Requests for Admissions to Mesa Verde Homeowners Association | September 2, 2016 |

| | |
|---|---|
| Bank of America, N.A.'s Requests for Production of Documents to Mesa Verde Homeowners Association | September 2, 2016 |
| Bank of America, N.A.'s Interrogatories to Mesa Verde Homeowners Association | September 2, 2016 |
| Bank of America N.A.'s Requests for Admission to SFR Investment Pool I, LLC | September 2, 2016 |
| Bank of America, N.A.'s Request for Production of Documents to SFR Investments Pool I, LLC | September 2, 2016 |
| Bank of America, N.A.'s Interrogatories to SFR Investment Pool I, LLC | September 2, 2016 |
| Bank of America, N.A.'s Second Supplemental Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) | September 2, 2016 |
| Mesa Verde Homeowners Association and SFR Investment Pool, I, LLC's Joint Rebuttal Expert Disclosure in accordance with FRCP 26(a)(2) | September 9, 2016 |
| Bank of America, N.A.'s Responses to Mesa Verde Homeowners Association's Requests for Admission | September 27, 2016 |
| Bank of America, N.A.'s Responses to Mesa Verde Homeowners Association's Requests for Production of Documents | September 27, 2016 |
| Bank of America, N.A.'s Responses to Mesa Verde Homeowners Association's Interrogatories | September 27, 2016 |
| Bank of America N.A.'s Responses to SFR Investments Pool I, LLC's Request for Admission | September 27, 2016 |
| Bank of America, N.A.'s Responses to SFR Investments Pool I, LLC's Requests for Production of Documents | September 27, 2016 |
| Bank of America, N.A.'s Responses to SFR Investments Pool I, LLC's Interrogatories | September 27, 2016 |
| FRCP 30(b)(6) Deposition of SFR | October 5, 2016 |

///

## PROPOSED SCHEDULE FOR REMAINING DISCOVERY AND DEADLINE

FRCP 30(b)(6) Deposition of Mesa Verde Homeowners Association:
On or before October 31, 2016

FRCP 30(b)(6) Deposition of Alessi & Koenig:
On or before October 31, 2016

FRCP 30(b)(6) Deposition of Bank of America, N.A.:
Stayed pending a decision on BANA's motion for protective order that will be filed on or before October 14, 2016.

Dispositive Motion Deadline:
Stayed until 60 days after the court rules on BANA's forthcoming motion for protective order.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

Good cause exists to allow the HOA's deposition to go forward outside the close of discovery and to stay the dispositive motion deadline 60 days until after a ruling on Bank of America's protective order. This stipulation is made by the parties in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated this 21st day of October, 2016 | Dated this 21st day of October, 2016 |
| AKERMAN, LLP | KIM GILBERT EBRON |
| /s/ *Brett M. Coombs* | /s/ *Diana Cline Ebron* |
| Ariel E. Stern, Esq.<br>Brett M. Coombs, Esq.<br>1160 Town Center Dr., Suite 330<br>Las Vegas, NV 89144<br>*Attorneys for Bank of America, N.A.* | Diana Cline Ebron, Esq. (NVB 10580)<br>Jacqueline A. Gilbert, Esq.<br>Karen L. Hanks, Esq.<br>7625 Dean Martin Dr., Suite 110<br>Las Vegas, NV 89139<br>*Attorneys for SFR Investments Pool I, LLC* |
| Dated this 21st day of October, 2016 | Dated this 21st day of October, 2016 |
| LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. | ALESSI & KOENIG, LLC |
| /s/ *Siria L. Gutierrez* | /s/ *Steven T. Loizzi* |
| Kaleb D. Anderson, Esq.<br>Siria L. Gutierrez, Esq.<br>9900 Covington Cross Dr., Suite 120<br>Las Vegas, NV 89144<br>*Attorneys for Mesa Verde Homeowners Association* | Steven T. Loizzi, Jr., Esq.<br>9500 W. Flamingo Rd., Suite 205<br>Las Vegas, NV 89147<br>*Attorney for Alessi & Koenig, LLC* |

**ORDER**

IT IS SO ORDERED.

Dated October 24, 2016

_____
UNITED STATES ~~DISTRICT COURT~~ MAGISTRATE JUDGE