# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br>                 Plaintiff(s), <br> vs. <br> MESA VERDE HOMEOWNERS ASSOCIATION, et al., <br>                 Defendant(s). | Case No. 2:16-cv-00498-JCM-NJK <br><br> ORDER |

      The Court previously granted the stipulation that the deadline for dispositive motions shall be 60 days after a ruling on Plaintiff's motion for protective order. Docket No. 53. Concurrently herewith, the Court is issuing an order resolving that motion. Accordingly, the deadline for dispositive motions is hereby **SET** for December 29, 2016.

      IT IS SO ORDERED.

      DATED: October 26, 2016

                                                      _____ <br>
                                                      NANCY J. KOPPE <br>
                                                      United States Magistrate Judge