UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00498-JCM-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| MESA VERDE HOMEOWNERS ASSOCIATION, et al., | (Docket No. 50) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion for protective order and for sanctions filed on October 7, 2016. Docket No. 50. Although the motion was originally filed on an emergency basis, the Court ordered that it be briefed according to the default schedule provided in the local rules. Docket No. 51. Accordingly, the response was due by October 24, 2016. *See* Local Rule 7-2(b) (responses to motions are due 14 days after service); *see also* Fed. R. Civ. P. 6(d) (adding three days to deadlines based on electronic service). To date, no response has been filed. Accordingly, the motion for protective order and for sanctions is **GRANTED** as unopposed. *See* Local Rule 7-2(d).[1]

---

[1] As reflected in Local Rule 7-2(d), courts have a duty to evaluate the reasonableness of attorneys' fees and may not award a particular amount of fees requested as unopposed. *See Hakkasan LV, LLC v. Adamcyzk*, 2016 WL 2844045, at *1 n.1 (D. Nev. Mar. 28, 2016) (citing *Gates v. Deukmejian*, 987 F.2d 1392, 1401 (9th Cir. 1992)). The Court is not herein awarding a particular amount of attorneys' fees, but rather finding Plaintiff's entitlement to recover sanctions to be unopposed.

1     To the extent counsel cannot agree among themselves as to the amount of sanctions that should
2 be paid, Plaintiff shall file a "Motion for the Calculation of Sanctions" no later than November 2, 2016.
3     IT IS SO ORDERED.
4     DATED: October 26, 2016

                                            _____
                                            NANCY J. KOPPE
                                            United States Magistrate Judge