ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DARREN T. BRENNER, ESQ.
Nevada Bar No.8386
BRETT M. COOMBS, ESQ.
Nevada Bar No. 12570
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: darren.brenner@akerman.com
Email: brett.coombs@akerman.com

*Attorneys for Plaintiff and Counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP<br><br>Plaintiff,<br>vs.<br><br>MESA VERDE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ALLESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00498-JCM-NJK<br><br>**NOTICE OF DISASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross-Claimant,<br>vs.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A/ COUNTRYWIDE HOME LOANS SERVICINGS, LP; GEORGE A. BENNETT, an individual; and JUANITA C. BENNETT, an individual,<br><br>Counter/Cross-Defendant. | |

Bank of America, N.A. successor by merger to BAC Home Loans Servicing, LP f/k/a

{39954563;1}                                     1

Countrywide Home Loan Servicing, LP (**BANA**) hereby provides notice Miles N. Clark, Esq., is no longer associated with the law firm of Akerman LLP. **BANA** requests Mr. Clark be removed from the CM/ECF service list.

Akerman LLP will continue to represent **BANA** and requests ARIEL E. STERN, ESQ., DARREN T. BRENNER, ESQ., and BRETT M. COOMBS, ESQ. receive all future notices.

Respectfully submitted, this 8th day of November, 2016.

                **AKERMAN LLP**

/s/ *Ariel Stern Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
BRETT M. COOMBS, ESQ
1160 Town Center Drive, Suite 330
    Telephone: (702) 634-5000
    Facsimile: (702) 380-8572
    Email: ariel.stern@akerman.com
    Email: darren.brenner@akerman.com
Email: brett.coombs@akerman.com

*Attorneys for Plaintiff and Counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

**COURT APPROVAL**

IT IS SO ORDERED.
Date: November 9, 2016

_____
UNITED STATES MAGISTRATE JUDGE