1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10  BANK OF AMERICA, N.A.,                    )
                                             )        Case No. 2:16-cv-00498-JCM-NJK
11                        Plaintiff(s),       )
                                             )
12  vs.                                      )        ORDER
                                             )
13  MESA VERDE HOMEOWNERS                    )        (Docket No. 69)
    ASSOCIATION, et al.,                     )
14                                           )
                          Defendant(s).      )
15  _____)

16          In light of the amended stipulation at Docket No. 70, the stipulation at Docket No. 69 is hereby

17  DENIED as moot.

18          IT IS SO ORDERED.

19          DATED: December 29, 2016

20          _____
            NANCY J. KOPPE
21          United States Magistrate Judge

22
23
24
25
26
27
28