UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00498-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| MESA VERDE HOMEOWNERS ASSOCIATION, et al., | (Docket No. 79) |
| Defendant(s). | |

Pending before the Court is a joint motion to extend the dispositive motion deadline to 60 days after certain proceedings in Bankruptcy Court. Docket No. 79. The joint motion is **GRANTED** in part as follows. The Court **EXTENDS** the dispositive motion deadline to June 5, 2017. To the extent the parties believe additional time is warranted by the circumstances, they must file a further request for an extension by May 15, 2017.[1] The Court further **ORDERS** the parties to file, no later than April 19, 2017, a joint status report regarding the status and/or resolution of the Trustee's motion.

IT IS SO ORDERED.

DATED: March 21, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] The Court expresses no opinion herein whether it will grant such a request.