UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-00498-JCM-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 78) |
| MESA VERDE HOMEOWNERS ASSOCIATION, et al., | |
| Defendant(s). | |

Pending before the Court is a motion to stay litigation. Docket No 78. No response has been filed. For the reasons discussed below, the motion is **GRANTED** in part and **DENIED** in part.

Two bases are provided for the request to stay. First, the motion seeks a stay pending resolution of petition(s) for *writ of certiorari* to the United States Supreme Court. *Id.* at 8-9. The Court is aware of those proceedings. The United States District Judge assigned to this case is continuing to process this type of case. Accordingly, this aspect of the motion to stay is **DENIED**.

Second, the motion seeks a temporary stay pending resolution of a motion in bankruptcy court to allow actions involving Alessi & Koenig, LLC to proceed notwithstanding its bankruptcy proceedings. Docket No. 78 at 7-8. Such a stay should be of a short duration, as the hearing on that motion is set to take place on April 5, 2017. Moreover, the Court agrees that sufficient cause exists for that short stay. Accordingly, this aspect of the motion is **GRANTED**, and this case is stayed until the bankruptcy court issues a decision on the identified motion.

No later than 7 days after a decision is issued by the bankruptcy court, the parties shall file a joint status report in this case. In the interim, the parties shall file a joint status report by April 11, 2017, and every 60 days thereafter.

IT IS SO ORDERED.

DATED: April 4, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge