# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>MESA VERDE HOMEOWNERS ASSOCIATION, et al.,<br><br>　　　　　　Defendant(s). | Case No. 2:16-cv-00498-JCM-NJK<br><br>ORDER<br><br>(Docket No. 83) |

On April 4, 2017, the Court stayed this case pending resolution of certain bankruptcy proceedings, including resolution of a motion in bankruptcy court to lift the automatic stay. Docket No. 81. Among other things, the Court ordered that, "[n]o later than 7 days after a decision is issued by the bankruptcy court, the parties shall file a joint status report in this case." *Id.* Although the parties are now indicating that such a decision was rendered and that this case may now proceed, they are providing that notice more than a month late. *See* Docket No. 83 at 2 (indicating that the order was issued on April 24, 2017). **The Court expects moving forward strict compliance with its orders.**

The stay in this case is **LIFTED**. The parties shall file, no later than June 20, 2017, a joint statement with a schedule for this case to proceed.

IT IS SO ORDERED.

DATED: June 13, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge