DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JESSE A. RANSOM, ESQ.
Nevada Bar No. 13565
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jesse.ransom@akerman.com

*Attorneys for Plaintiff/Counter-Defendant
Bank of America, N.A., successor by merger
to BAC Home Loans Servicing, LP f/k/a
Countrywide Home Loans Servicing, LP*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, <br><br> Plaintiff, <br><br> vs. <br><br> MESA VERDE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ALESSI & KOENIG, LLC, <br><br> Defendants. | Case No.: 2:16-cv-00498-JCM-NJK <br><br> **NOTICE OF DISASSOCIATION** |
| SFR INVESTMENTS POOL 1, LLC, LLC, a Nevada limited liability company, <br><br> Counter/Cross Claimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A., successor by merger TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; GEORGE A. BENNETT, an individual; and JUANITA C. BENNETT, an individual, <br><br> Counter/Cross Defendants. | |

42876546;1

PLEASE TAKE NOTICE that Plaintiff/Counter-Defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP hereby provides notice that Brett M. Coombs, is no longer associate with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel Bank of America, N.A. in this action. All future correspondence and papers in this action should continue to be directed to Darren T. Brenner, Esq. and Jesse A. Ransom, Esq., receive all should receive all future notices.

Respectfully submitted, this 18th day of September, 2017.

**AKERMAN LLP**

*/s/ Jesse A. Ransom*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JESSE A. RANSOM, ESQ.
Nevada Bar No. 13565
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorneys for Plaintiff/Counter-Defendant*
*Bank of America, N.A., successor by merger*
*to BAC Home Loans Servicing, LP f/k/a*
*Countrywide Home Loans Servicing, LP*

## COURT APPROVAL

IT IS SO ORDERED.

Date: September 19, 2017

_____
UNITED STATES MAGISTRATE JUDGE

2
42876546;1