ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: darren.brenner@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for plaintiff/counter-defendant Bank of
America, N.A., successor by merger to BAC
Home Loans Servicing, LP f/k/a Countrywide
Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, <br><br> Plaintiff, <br><br> vs. <br><br> MESA VERDE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ALESSI & KOENIG, LLC, <br><br> Defendants. | Case No.: 2:16-cv-00498-JCM-NJK <br><br> **NOTICE OF DISASSOCIATION** |

SFR INVESTMENTS POOL 1, LLC, LLC, a
Nevada limited liability company,

          Counter/Cross Claimant,

vs.

BANK OF AMERICA, N.A., successor by
merger TO BAC HOME LOANS SERVICING,
LP FKA COUNTRYWIDE HOME LOANS
SERVICING, LP; GEORGE A. BENNETT, an
individual; and JUANITA C. BENNETT, an
individual,

          Counter/Cross Defendants.

1

AKERMAN LLP
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**) provides notice Jesse A. Ransom is no longer associated with the law firm of Akerman LLP. BANA requests Mr. Ransom be removed from the CM/ECF service list.

Akerman LLP will continue to represent BANA and requests Ariel E. Stern, Darren T. Brenner and Donna M. Wittig receive all future notices.

DATED: July <u>16th</u>, 2018.

**AKERMAN LLP**

*/s/ Donna M. Wittig*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff/counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

IT IS SO ORDERED.
Dated:  July 17, 2018

.
_____
Nancy J. Koppe
United States Magistrate Judge

AKERMAN LLP
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

45809829;1