ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: darren.brenner@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for plaintiff/counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>MESA VERDE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-00498-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO MESA VERDE HOMEOWNERS ASSOCIATION'S OPPOSITION TO MOTION TO ALTER OR AMEND JUDGMENT [ECF NO. 121]**<br><br>**[FIRST REQUEST]** |
| SFR INVESTMENTS POOL 1, LLC, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A., successor by merger TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; GEORGE A. BENNETT, an individual; and JUANITA C. BENNETT, an individual,<br><br>Counter/Cross Defendants. | |

AKERMAN LLP
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN LLP
1635 Village Center Circle, Suite 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Plaintiff and counter-defendant Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP (**BANA**) and defendant Mesa Verde Homeowners Association stipulate to allow BANA five additional days to reply to Mesa Verde's opposition to its motion to alter or amend judgment, ECF No. 121:

1. BANA filed its motion to alter or amend judgment on July 16, 2018. (ECF No. 116.)

2. Mesa Verde filed its opposition on July 25, 2018. (ECF No. 121.) BANA's deadline to reply to Mesa Verde's opposition is August 1, 2018. *See* L.R. 7-2.

3. Defendant and counter-claimant SFR Investments Pool 1, LLC's deadline to oppose BANA's motion to alter or amend judgment is July 30, 2018. *See id*. BANA expects SFR will file its opposition on the deadline, making BANA's reply due August 6, 2018. *See id.*

4. BANA and Mesa Verde stipulate to extending BANA's deadline to reply to Mesa Verde's opposition by five days, from August 1, 2018 to August 6, 2018, to allow BANA to file one reply addressing both Mesa Verde and SFR's oppositions.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

45926367;1

5.      This is BANA's first request to extend its reply deadline, and is not made to cause delay or prejudice to any party.

This the 30th day of July, 2018.

**AKERMAN LLP**

 */s/ Donna M. Wittig, Esq.*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8215
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant Bank of America, N.A.*

This the 30th day of July, 2018.

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron Esq.*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89138

*Attorneys for SFR Investments Pool 1, LLC*

This the 27th day of July, 2018.

**LIPSON NEILSON P.C.**

 */s/ Amber M. Williams, Esq.*
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
AMBER M. WILLIAMS, ESQ.
Nevada Bar No. 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for defendant Mesa Verde Homeowners Association*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED:__July 31, 2018_____

3

45926367;1