DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@KGELegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@KGELegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@KGELegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP,

    Plaintiff,

vs.

MESA VERDE HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ALESSI & KOENIG, LLC,

    Defendants.

SFR INVESTMENTS POOL 1, LLC,

    Counter/Cross Claimant,

vs.

SFR INVESTMENTS POOL 1, LLC, LLC, a Nevada limited liability company,

    Counter/Cross Claimant,

vs.

BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP; GEORGE A. BENNETT, an individual; and JUANITA C. BENNETT, an individual,

Case No. 2:16-cv-00498-JCM-NJK

**STIPULATION TO CONTINUE REPLY DEADLINE FOR MOTION FOR RECONSIDERATION**

- 1 -

KIM GILBERT EBRON
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

Counter/Cross Defendants.

Defendants SFR INVESTMENTS POOL 1, LLC ("SFR") and Plaintiff BANK OF AMERICA, N.A., successor by merger to BAC HOME LOANS SERVICING, LP, FKA COUNTRYWIDE HOME LOANS SERVICING, LP, ("BANA") hereby stipulate and agree to continue the briefing schedule on SFR's Motion for Reconsideration [ECF No. 131] as follows:

1. SFR filed its Motion for Reconsideration of Order [ECF No. 131] on December 13, 2018.

2. BANA's filed its Response to SFR's Motion [ECF No. 136] on December 27, 2018.

3. SFR's Reply in Support of its Motion is due January 3, 2019.

4. The parties hereby stipulate that SFR's Reply shall be due January 7, 2019. This extension will allow SFR to fully address the arguments presented in BANA's Response and is not for the purposes of delay or prejudice to any party. This is SFR's first request for an extension of this deadline.

Dated the 3rd day of January, 2019.

| KIM GILBERT EBRON | AKERMAN LLP |
|---|---|
| */s/ Jason G. Martinez*<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>JASON G. MARTINEZ, ESQ.<br>Nevada Bar No. 13375<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>Phone: 702-485-3300<br>*Attorneys for SFR Investments Pool 1, LLC* | */s/ Donna Wittig*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>DONNA WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br>Phone: 702-634-5000<br>*Attorneys for Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP* |

**IT IS SO ORDERED.**

_____
United States District Court Judge

DATED January 3, 2019.